RONALD C. TILBE, Appellant, *v.* WARDEN OF THE NEVADA STATE PRISON, Respondent.

No. 12530

December 18, 1980                                          620 P.2d 860

*Norman Y. Herring,* State Public Defender, and *Thomas J. Ray,* Special Deputy Public Defender, Carson City, for Appellant.

*Richard H. Bryan,* Attorney General, and *Robert C. Manley,* Deputy Attorney General, Carson City, for Respondent.

## OPINION

*Per Curiam:*

For the reasons stated in and on the authority of Krewson v. Warden, 96 Nev. 886, 620 P.2d 859 (1980), the order of the district court is reversed and the case is remanded for a determination of whether sufficient grounds exist which excuse appellant's failure to raise the issues contained in his petition on a direct appeal from his conviction, and if so, for resolution of the merits of the petition.